*FLN (Rev. 4/2004) Deficiency Order*                                                              *Page 1 of 1*
*5:97cr10LAC - UNITED STATES OF AMERICA vs. CLAUDIA N. BROWN*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                             Case No.5:97cr10LAC

CLAUDIA N. BROWN

_____

## ORDER

Your document, **PETITION FOR WRIT OF CORAM NOBIS and APPENDIX** is referred to the undersigned with the following deficiencies:

> The attorney who signed the document is not admitted to practice in the NORTHERN DISTRICT OF FLORIDA [See N.D. Fla. Loc. R. 11.1(C)].

> Attorney must certify that he or she has successfully completed the computer-based tutorials on local rules and this court's CM/ECF systems pursuant to N.D. Fla. Loc. R. 11.1(C)(2).

For these reasons, IT IS ORDERED that the submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

DONE and ORDERED this 24th day of February, 2006.

                                                   *s/L.A. Collier*
                                                   LACEY A. COLLIER
                                                   SENIOR UNITED STATES DISTRICT JUDGE